JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN D. JACKSON, | ) | NO. CV 19-2288-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| B. RAMOS, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 7, 2021.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE